UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,              CASE NO. 21-60020-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSE SANTEIRO,,

    Defendant.
_____/

## **VERDICT**

We, the Jury, unanimously find the Defendant as to Count 1 of the Indictment (Conspiracy to Commit Health Care Fraud and Wire Fraud):

    __X__                    _____
   GUILTY              NOT GUILTY

If your verdict is Guilty, answer the next question:

We, the jury, unanimously find the following to be the Objects of the Conspiracy (choose one):

    _____ Health Care Fraud

    _____ Wire Fraud

    __X__ Both Health Care Fraud and Wire Fraud

We, the Jury unanimously find the Defendant as to Count 2 of the Indictment (Health Care Fraud):

    __X__                    _____
   GUILTY              NOT GUILTY

We, the Jury unanimously find the Defendant as to Count 3 of the Indictment (Health Care Fraud):

    __X__                    _____
   GUILTY              NOT GUILTY

We the Jury unanimously find the Defendant as to Count 4 of the Indictment (Health Care Fraud):

__X__  
GUILTY          NOT GUILTY

We the Jury unanimously find the Defendant as to Count 5 of the Indictment (Health Care Fraud):

__X__  
GUILTY          NOT GUILTY

We the Jury unanimously find the Defendant as to Count 6 of the Indictment (Health Care Fraud):

__X__  
GUILTY          NOT GUILTY

We the Jury unanimously find the Defendant as to Count 7 of the Indictment (Health Care Fraud):

__X__  
GUILTY          NOT GUILTY

We the Jury unanimously find the Defendant as to Count 8 of the Indictment (Health Care Fraud):

__X__  
GUILTY          NOT GUILTY

We the Jury unanimously find the Defendant as to Count 9 of the Indictment (Health Care Fraud):

__X__  
GUILTY          NOT GUILTY

SO SAY WE ALL.

Signed and dated at the United States Courthouse, Fort Lauderdale, Florida, this _____ day of March, 2022.

_____   3/24/2022         _____
FOREPERSON                                     FOREPERSON'S PRINTED NAME